UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN EAGLE WHEEL
CORPORATION,

        Plaintiff,

    v.

TIRE & WHEEL OUTLET,

        Defendant.
_____/

NO. CIV. S-06-2593 LKK/EFB

O R D E R

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on February 26, 2007. John P. Giezentanner appeared telephonically as counsel for plaintiff; Michael J. Daponde appeared as counsel for defendant. After hearing, the court makes the following findings and orders:

Plaintiff's counsel is granted forty-five (45) days to amend and serve new parties.

A further status conference is set for April 30, 2007 at 11:00 a.m.

////

////

1

1  IT IS SO ORDERED.

2  DATED:  February 28, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT