John P. Giezentanner (SBN 174,222)
john.giezentanner@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
T: (949) 760-0404; F: (949) 760-9502

Attorneys for Plaintiff,
AMERICAN EAGLE WHEEL CORPORATION

Frank E. Sieglitz (SBN 45,953)
fsieglitz@pillsburylaw.com
Michael J. Daponde (SBN 204,283)
mdaponde@pillsburylaw.com
Andrew D. Bluth (SBN 232,387)
abluth@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419
T: (916) 329-4700; F: (916) 441-3583

Attorneys for Defendants,
GET IT ON WHEELS, INC., and
TIRE & WHEEL OUTLET

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN EAGLE WHEEL CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>GET IT ON WHEELS, INC., TIRE & WHEEL OUTLET and FIRST STOP AUTO,<br><br>       Defendants. | Civil Action No.<br>06cv02593 LKK (EFB)<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff American Eagle Wheel Corporation ("AEWC") and Defendant Tire & Wheel Outlet ("TWO"), by and through their respective counsel of record and subject to the approval of this Court, that Plaintiff may file the attached First Amended Complaint for Trade Dress Infringement and False Designation of Origin, Common Law Trade

PDF created with pdfFactory trial version www.pdffactory.com

Dress Infringement, Statutory Unfair Competition and Common Law Unfair Competition (attached hereto as Exhibit 1).  Plaintiff requests to file the First Amended Complaint to add two additional Defendants, Get It On Wheels, Inc. and First Stop Auto, as well as additional claims.  Once this stipulation is approved by the Court and the First Amended Complaint is considered filed, Plaintiffs will submit Summons to the Court for issuance regarding the two new Defendants and proceed to serve the new Defendants in compliance with the L.R.s and the Fed. R. of Civ. P.  The parties have agreed that Defendants shall have 30 days from the date of service to file their respective responses to the First Amended Complaint.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 11, 2007         By:/s/ John P. Giezentanner
                              John P. Giezentanner
                              Attorneys for Plaintiff,
                              AMERICAN EAGLE WHEEL CORPORATION


PILLSBURY WINTHROP SHAW PITTMAN LLP


Dated: April 11, 2007         By:/s/ Michael J. Daponde
                              Frank E. Sieglitz
                              Michael J. Daponde
                              Andrew D. Bluth
                              Attorneys for Defendant,
                              GET IT ON WHEELS, INC. and TIRE & WHEEL OUTLET

**IT IS SO ORDERED.**


Dated: April 16, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, a copy of foregoing **STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; AND, [PROPOSED] ORDER THEREON** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ John P. Giezentanner
John P. Giezentanner
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502
john.giezentanner@kmob.com

3636366
041107

PDF created with pdfFactory trial version www.pdffactory.com