1
Darrell L. Olson (SBN 77,633)
Darrell.Olson@kmob.com
2
John N. Kandara (SBN 220,727)
John.Kandara@kmob.com
3
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
4
Fourteenth Floor
Irvine, CA 92614
5
Phone: (949) 760-0404
Facsimile: (949) 760-9502
6
7
Attorneys for Plaintiff,
American Eagle Wheel Corporation
8
Frank E. Sieglitz, Esq. (SBN 45,953)
Michael J. Daponde, Esq. (SBN 204,283)
9
Andrew D. Bluth, Esq. (SBN 232,387)
Pillsbury Winthrop Shaw Pittman, LLP
10
400 Capitol Mall, Suite 1700
Sacramento, CA 95814
11
Phone: (916) 329-4700
Facsimile: (916) 441-3583
12
13
Attorneys for Defendants,
Get It On Wheels, Inc., Tire & Wheel Outlet, and First Stop Auto
14
15
IN THE UNITED STATES DISTRICT COURT
16
FOR THE EASTERN DISTRICT OF CALIFORNIA
17
SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN EAGLE WHEEL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>GET IT ON WHEELS, INC., TIRE & WHEEL OUTLET and FIRST STOP AUTO,<br><br>        Defendants. | Civil Action No. 06cv2593 LKK-EFB<br><br>**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>The Hon. Lawrence K. Karlton |

The parties to this action, American Eagle Wheel Corporation, Get It On Wheels, Inc., Tire & Wheel Outlet, and First Stop Auto, hereby stipulate and consent to this Final Consent Judgment and Permanent Injunction.

Based upon the stipulation and consent of the parties, the Court hereby enters Final Judgment and a Permanent Injunction as follows:

1.     This is an action for trade dress infringement brought by American Eagle Wheel Corporation ("American Eagle") against Get It On Wheels, Inc., Tire & Wheel Outlet, and First Stop Auto (collectively, "Defendants").  In this action, American Eagle alleges that Defendants have infringed American Eagle's trade dresses in its BOSS MOTORSPORTS BOSS 304, BOSS 311, BOSS 313, and BOSS 315 aftermarket wheels by making, using, selling, offering for sale, and/or importing aftermarket wheels that Defendants market under the names "GIO 791," "GIO 790," "GIO 787," and "GIO 788." Defendants deny all allegations in the action.

2.     This Court has jurisdiction over the parties and the subject matter of this action.  Venue is proper in this Court.

3.     Plaintiff American Eagle is a California corporation having a place of business at 5780 Soestern Ct., Chino, CA 91710.

4.     Defendant Get It On Wheels, Inc., is a California corporation, having a place of business at 1514-1538 East Market Street, Stockton, CA 95205.  Defendant Tire & Wheel Outlet is a fictitious business name for a business located at 1514-1538 East Market Street, Stockton, CA  95205, and substantially all of its assets are owned by Defendant Get It On Wheels, Inc. Defendant First Stop Auto is a fictitious business name for a business located at 7935 Brentwood Boulevard, Brentwood CA  94513.

5.     Ray Elbertse is a representative of Plaintiff American Eagle and has authority to enter into contracts and Consent Judgments on behalf of Plaintiff American Eagle.

-1-

6.      Naveed Asghar is a representative of Defendants Get It On Wheels, Inc., and Tire & Wheel Outlet and has authority to enter into contracts and Consent Judgments on behalf of Defendants Get It On Wheels, Inc., and Tire & Wheel Outlet.

7.      Elyas A. Khan is a representative of Defendant First Stop Auto and has authority to enter into contracts and Consent Judgments on behalf of Defendant First Stop Auto.

8.      Defendants, together with their officers, agents, servants, employees, and all those in active concert or participation with them ("the Enjoined Parties"), are hereby enjoined immediately from making, using, selling, offering for sale, promoting, or importing into the United States the GIO 791, GIO 790, GIO 787, and GIO 788 wheels, or any wheel that is confusingly similar to the BOSS MOTORSPORTS BOSS 304, BOSS 311, BOSS 313, and BOSS 315 wheels, or from inducing others to take any of these actions.  This injunction applies regardless of the name(s) under which the wheels are sold. Photographs of the enjoined GIO 791, GIO 790, GIO 787, and GIO 788 wheels are attached hereto as Exhibits A-D.

9.      American Eagle, on behalf of itself and its officers, agents, servants, employees, and all those in active concert or participation with them, hereby releases and forever and irrevocably discharges all claims, rights, causes of actions, suits, matters and issues of any kind and nature that American Eagle may have against Defendants, their officers, agents, servants, employees, and all those in active concert or participation with them, and all claims arising from or in any way related to this lawsuit, whether known or unknown, concealed or hidden, suspected or unsuspected, that have been or could have been asserted against Defendants, their officers, agents, servants, employees, and all those in active concert or participation with them.

/ / /

-2-

[Proposed] Final Consent Judgment
Civil Action No. 06cv2593 LKK-EFB

10.     Defendants, on behalf of themselves and their officers, agents, servants, employees, and all those in active concert or participation with them, hereby release and forever and irrevocably discharge all claims, rights, causes of actions, suits, matters and issues of any kind and nature that Defendants may have against American Eagle and its officers, agents, servants, employees, and all those in active concert or participation with them, and all claims arising from or in any way related to this lawsuit, whether known or unknown, concealed or hidden, suspected or unsuspected, that have been or could have been asserted against American Eagle and its officers, agents, servants, employees, and all those in active concert or participation with them.

11.     Each party shall bear its own attorneys' fees and costs in connection with this litigation to date.

12.     The parties affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-3-

1      13.    This Court shall retain jurisdiction over this matter for the purpose

2  of making any further order necessary or desirable to effectuate the terms of this

3  Consent Judgment and Permanent Injunction and to ensure full and complete

4  compliance therewith.

5      **IT IS SO ORDERED.**

6

7  Dated: November 14, 2007.

8                              LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

9  Stipulated to by:

10  AMERICAN EAGLE WHEEL CORPORATION

11  By:/s/_____

12      Ray Elbertse
Vice President for Plaintiff,

13  AMERICAN EAGLE WHEEL CORPORATION

14

15

16  GET IT ON WHEELS, INC., TIRE & WHEEL OUTLET, and FIRST STOP AUTO

17

18  By:/s/_____

19      Naveed Asghar
Representative for Defendants,

20  GET IT ON WHEELS, INC., and TIRE & WHEEL OUTLET

21

22  FIRST STOP AUTO

23

24  By:/s/_____

25      Elyas A. Khan
Representative for Defendant,

26  FIRST STOP AUTO

27

28  Submitted by:

-4-

700611730v2           [Proposed] Final Consent Judgment
Civil Action No. 06cv2593 LKK-EFB

1

KNOBBE, MARTENS, OLSON & BEAR, LLP

2

3

By:   /s/  Darrell L. Olson
        Darrell L. Olson

4

        John N. Kandara

5

Attorneys for Plaintiff,
AMERICAN EAGLE WHEEL CORPORATION

6

7

PILLSBURY WINTHROP SHAW PITTMAN, LLP

8

9

By:   /s/  Michael J. Daponde

10

        Frank E. Sieglitz, Esq.

11

        Michael J. Daponde, Esq.
        Andrew D. Bluth, Esq.

12

Attorneys for Defendants,

13

GET IT ON WHEELS, INC., TIRE & WHEEL OUTLET, and FIRST STOP
AUTO

14

4463691_1
110107

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 5, 2007, a copy of foregoing **[PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ John N. Kandara
John N, Kandara
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502
John.Kandara@kmob.com

700611730v2

[Proposed] Final Consent Judgment
Civil Action No. 06cv2593 LKK-EFB